# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| ASHLEY RUTH MOYÉ,           )<br>                                             )<br>             **PLAINTIFF**        )<br>                                             )<br>v.                                        )          No. 2:13-cv-26-DBH<br>                                             )<br>JOHN CHRISTOPHER DEPP, II, )<br>ET AL.,                                )<br>                                             )<br>             **DEFENDANTS**    ) | |

## DECISION AND ORDER ON MOTION TO DISMISS

The defendants Depp's and Mandel's motion to dismiss for lack of personal jurisdiction is **GRANTED**. The plaintiff has filed no response to the motion and therefore is deemed to have waived objection. See Local Rule 7(b). Moreover, in light of the Complaint's failure to allege any basis for this court's personal jurisdiction over the defendant, the Magistrate Judge earlier ordered the plaintiff to state the basis for personal jurisdiction over the defendants. Order to Supplement, Jan. 28, 2013 (ECF No. 4). The plaintiff's response to that Order showed no basis for jurisdiction. Moyé Decl. (ECF No. 8).

Finally, this appears to be another in a series of frivolous lawsuits by this plaintiff against these defendants or other celebrities. Accordingly, I place Ashley Ruth Moyé on **NOTICE** that filing restrictions "may be in the offing." Cok v. Family Court of R.I., 985 F.2d 32, 35 (1st Cir. 1993). This represents the "cautionary order" of which Cok speaks. Id. Groundless and inappropriate filings will not be tolerated.

**SO ORDERED.**

**DATED THIS 18TH DAY OF MARCH, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**